# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| *UNITED STATES OF AMERICA*, | ) | Docket Number: 18-cr-45-1 |
| Plaintiff, | ) | |
| | ) | Presiding Judge: |
| *v.* | ) | The Honorable Jeffrey T. Gilbert |
| | ) | |
| *ANTONIO EDWARDS*, | ) | |
| Defendant. | ) | |

## ANTONIO EDWARDS' MOTION FOR RELEASE

Movant Antonio Edwards, by his counsel Paúl Camarena, respectfully moves this Honorable Court to order the Respondent Government to release Mr. Edwards pretrial.

      Respectfully submitted,
      Antonio Edwards' Counsel
      North & Sedgwick
by:   */s/ Paúl Camarena*    .
      Paúl Camarena, Esq.
      14249 So. Wolf Rd.
      Orland Park, IL 60467
      (312) 493-7494
      paulcamarena@paulcamarena.com