# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket Number: 18 CR 45 - 1 |
| *Plaintiff,* | ) | Presiding Judge: Honorable |
| | ) | Jeffrey T. Gilbert |
| v. | ) | |
| | ) | |
| ANTONIO EDWARDS | ) | |
| *Defendant,* | ) | |

## ANTONIO EDWARDS' MOTION TO MODIFY CONDITIONS OF RELEASE

ANTONIO EDWARDS, BY HIS COUNSEL, SYED HUSSAIN, RESPECTFULLY moves this Honorable Court to modify his conditions of release from home incarceration to home detention conditions. Mr. Edwards was released on August 15th, 2018, and, since then, he has been fully compliant with every condition of release. Mr. Edwards is seeking to modify his conditions of release so that Mr. Edwards can seek employment and partake in that employment. This matter has been referred to Magistrate Judge, Honorable Jeffrey T. Gilbert, Pursuant to Local Rule 72.1 [Dkt. 222].

WHEREFORE, Mr. Edwards respectfully moves this Honorable Court to modify his conditions of release from home incarceration conditions to home detention conditions.

Respectfully submitted,

Antonio Edwards' Counsel
North & Sedgwick, L.L.C.

By: /s/ <u>Syed Hussain</u>

Syed H. Hussain, Esq.
500 S. Clinton, No. 132
Chicago, IL 60607
syed_hussain@icloud.com
(954) 225-4934
(312) 602-4945 (facsimile)