UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO EDWARDS, also known as "Rayduce Rashad," and "Rodney Bell" | No. 18 CR 45-01<br><br>Honorable Elaine E. Bucklo |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and ANTONIO EDWARDS, through his attorney John T. Kennedy, respectfully provide the following joint status report to the Court:

1) On January 23, 2020, defendant entered a blind plea of guilty as to Counts 2 and 8 of the superseding indictment. Dkt. 359.

2) On February 24, 2020, defendant entered a blind plea of guilty as to Count 1 of the superseding indictment. Dkt. 382.

3) On February 28, 2020, a jury returned a guilty verdict as to Counts 6, 7, and 9 and defendant's sentencing was set for May 29, 2020. Dkt. 390.

4) On March 17, 2020 defendant filed a *pro se* motion alleging ineffective assistance of counsel, seeking the appointment of new counsel, and seeking a new trial Dkt. 413-415.

5) On April 21, 2020, pursuant to the Second Amended General Order 20-0012, the Court reset defendant's sentencing to July 29, 2020. Dkt. 416.

6) On May 5, 2020, the Court granted defendant's motion seeking the appointment of new counsel. Dkt. 422.

7) On May 7, 2020, counsel for defendant filed his appearance. Dkt 424.

8) Since that time, defendant's sentencing hearing has been reset on several occasions so as to allow defense counsel to get up to speed on this case, prepare defendant's motion for new trial, and collect mitigation for defendant's sentencing.

9) On November 17, 2020, the Court reset defendant's sentencing for January 21, 2021 and ordered sentencing memorandums and objections to the PSR to be filed by January 14, 2021 Dkt. 465.[1] The Court also ordered the parties to file a joint status report by January 11, 2021. *Id*.

10) On December 22, 2020, defendant filed his motion for a new trial.

11) On January 11, 2020, the Court reset defendant's sentencing for April 9, 2021 and set a briefing schedule on defendant's motion for a new trial, ordering the Government to respond by February 8, 2021, and defendant to reply by February 22, 2020. Dkt. 473.

---

[1] The Government filed its sentencing memorandum on November 13, 2020. Dkt. 463.

12) Counsel for defendant has spoken with defendant about consenting to proceed with a remote video sentencing. According to defense counsel, defendant agrees to conduct the April 9, 2021 sentencing via video.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By: *Aaron R. Bond*
    Aaron R. Bond
    Assistant United States Attorneys
    219 S. Dearborn Street, Room 500
    Chicago, Illinois 60604
    (312) 353-5300